IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| EUGENE E. PAGE III | ) |
| | ) |
| v. | ) NO. 3:05-0878 |
| | ) JUDGE CAMPBELL |
| KROGER STORE NO. 514, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 48), dated February 21, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 48) is ADOPTED and APPROVED. Accordingly, the Defendants' Motions to Dismiss (Docket Nos. 32, 36 and 44) are GRANTED, and all claims against Defendants Cox, Rigby, Price, Perkins, Teresa Harris, Tommie Harris, Geurge, Jarret, Turner, Clark, Boyte, Milliken, Regg, Keane, Baxter, and United Food and Commercial Workers Union, Local 1995 are DISMISSED.

The remaining Defendants are Kroger Store No. 514 and the Kroger Company, which have filed an Answer to the Complaint under the name of Kroger Limited Partnership I (Docket No. 31). This case is set for trial by contemporaneous Order. The case is referred to the Magistrate Judge for further proceedings in accordance with the Court's previous Order (Docket No.3).

IT IS SO ORDERED.

                                                                               _/s/ Todd Campbell_
                                                                               TODD J. CAMPBELL
                                                                               UNITED STATES DISTRICT JUDGE